[No. 24370-9-II.  Division Two.  June 23, 2000.]

*In the Matter of the Marriage of* STEPHEN FARRINGSON SNAPP,
*Appellant*, and LISA DIANE VIZZINI SNAPP, *Respondent*.

Appeal from a judgment of the Superior Court for
Jefferson County, No. 88-3-00053-3, William E. Howard, J.,
entered January 22, 1999. *Affirmed* by unpublished opinion
per Houghton, J., concurred in by Seinfeld and
Bridgewater, JJ.

[No. 24455-1-II.  Division Two.  June 23, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES BUDNICK,
*Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 98-1-04998-9, Vicki L. Hogan, J., entered
March 10, 1999. *Affirmed* by unpublished opinion per
Armstrong, C.J., concurred in by Houghton and Bridge-
water, JJ.

[No. 24535-3-II.  Division Two.  June 23, 2000.]

MARY IMHOF TRUCKING, INC., ET AL., *Appellants*, v. VALLEY
INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 98-2-05941-4, Kitty-Ann van Doorninck, J.,
entered March 26, 1999. *Affirmed* by unpublished opinion
per Armstrong, C.J., concurred in by Seinfeld and Hunt , JJ.